UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80241-CIV-ZLOCH/ROSENBAUM

GREAT LAKES TRANSPORTATION
HOLDING LLC d/b/a METRO CARS,

    Plaintiff,

v.

YELLOW CAB SERVICE CORPORATION
OF FLORIDA, INC., et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's Sealed Motion for Relief from Confidentiality Order [D.E. 158], which seeks to lift an "attorneys eyes only" confidentiality restriction that the Court previously imposed with respect to Defendants' production of certain loan-agreement documents. *See* D.E. 121 at 7; D.E. 151 at 9. Plaintiff contends that the information in these documents is already public and therefore no justification exists for keeping the documents confidential. In response, Defendants concede that the contents of some of the loan-agreement documents have become public. Further, Defendants waive any objection to the disclosure of certain other documents that Defendants claim are non-public. But Defendants argue that the remaining non-public documents are confidential and proprietary and, accordingly, should remain subject to the attorneys-eyes-only restriction.

In view of the parties' positions, it is hereby **ORDERED** as follows:

1. With respect to the documents that Defendants' Response either identifies as public or does not object to disclosing, Plaintiff's Sealed Motion for Relief from

2

       Confidentiality Order [D.E. 158] is **GRANTED**. These documents shall no longer be subject to the Court's previously imposed attorneys-eyes-only restriction.

2.      With regard to the documents that Defendants' Response claims should remain subject to the confidentiality restriction, Plaintiff shall file a Reply in support of its Motion by **Friday, May 27, 2011**.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 24th day of May, 2011.

                                                            */s/ Robin S. Rosenbaum*
                                                            ROBIN S. ROSENBAUM
                                                           United States Magistrate Judge

cc:    Hon. William J. Zloch
        Counsel of record