# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

### DEFENDANTS' WITNESS LIST

GREAT LAKES TRANSPORTATION HOLDING LLC d/b/a METRO CARS v. YELLOW CAB SERVICE CORPORATION OF FLORIDA, INC.

CASE NUMBER: 9:10-CV-80241-WJZ

| PRESIDING JUDGE William J. Zloch | | | | **PLAINTIFF'S ATTORNEY** Eric C. Christu | **DEFENDANT'S ATTORNEY** John M. Camillo |
|---|---|---|---|---|---|
| TRIAL DATE(S) July 18, 2011 | | | | **COURT REPORTER** | **COURTROOM DEPUTY** |
| NO. | DEPOSITION | MAY CALL | WILL CALL | DESCRIPTION OF WITNESSES | |
| 1. | YES | | YES | Dan Ret, Great Lakes Transportation, 13101 Eckles Road, Plymouth, MI 48170-4245 | |
| 2. | YES | | YES | Dave West, Stout, Risius, Ross, Inc., 1 South Wacker Drive, 38th Floor, Chicago, IL 60606-4617 | |
| 3. | YES | | YES | Gregory Eaton, 1739 Chester Road, Lansing, MI 48912 | |
| 4. | NO | | YES | Jay Tredwell, Trowbridge Partners LLC, 1380 East Jefferson Ave., Detroit MI 48207 | |
| 5. | NO | | YES | Cullan Meathe, 1635 Meathe Drive, West Palm Beach, FL 33411 | |
| 6. | YES | | YES | Yale Levin, Soave Enterprises, 3400 East Lafayette, Detroit, Michigan 48207 | |
| 7. | NO | | YES | Theresa Mack, Cendrowski Corporate Advisors, 4111 Andover Road, West, Third Floor, Bloomfield Hills MI 46302 | |
| 8. | NO | | YES | John Obeid, 32000 Ford Road, Garden City, MI 38135 | |
| 9. | YES | | YES | Gary Sakwa, Grand Sakwa Properties, LLC., 28470 Thirteen Mile Rd. Suite 220, Farmington Hills, MI 48334 | |
| 10. | YES | | YES | Timothy McCarthy, Soave Enterprises, Inc., 3400 East Lafayette, Detroit, MI 48207 | |
| 11. | YES | | YES | Jeff Pardonnet, Great Lakes Transportation Holding, LLC, 24957 Brest Road, Taylor, Michigan 38180 | |
| 12. | YES | | YES | Thomas McGraw, Bank of Montreal- Houston Agency, 700 Louisiana Street, Suite 4400, Houston, TX 77022 | |
| 13. | YES | | YES | Ann E. Acker, Esq., Chapman & Butler, LLP, 111 West Monroe Street, Suite 1600, Chicago, IL 60603 | |
| 14. | NO | | YES | John Alfonsi, Cendrowski Corporate Advisors, 4111 Andover Road, West, Third Floor, Bloomfield Hills MI 46302 | |
| 15. | YES | | YES | Eric Zacks, Esq., Honigman Miller Schwartz & Cohn LLP, 660 Woodward Ave, Suite 2290, Detroit, MI 48226 | |
| 16. | YES | | YES | Dan Baker, Esq., Chapman & Butler, LLP, III West Monroe Street, Suite 1600, Chicago, IL 60603 | |
| 17. | NO | | YES | James Vehslage, 9509 Millcroft Road, Perrysburg OH 433551 | |
| 18. | NO | | YES | Derek McDowell, Boyne Capital Partners, 2601 South Bay Shore Drive, Miami Fl 33133 | |
| 19. | NO | | YES | John Ebe, Stout, Risius, Ross, Inc., 1 South Wacker Drive, 38th Floor, Chicago, IL 60606-4617 | |
| 20. | NO | | YES | Richard Flynn, Stout, Risius, Ross, Inc., 1 South Wacker Drive, 38th Floor, Chicago, IL 60606-4617 | |
| 21. | NO | | YES | James Martin, A C M Capital Partners, 200 Biscayne Boulevard, Miami Fl 33131 | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# DEFENDANTS' WITNESS LIST - CONTINUATION

| | GREAT LAKES vs. YELLOW CAB | | | CASE NO. 9:10-CV-80241-WJZ |
|---|---|---|---|---|
| DEF. NO. | DEPOSITION | MAY CALL | WILL CALL | DESCRIPTION OF WITNESSES |
| 22. | NO | | YES | Brian Crilley, 12238 Deer Creed Circle, Plymouth MI  48170 |
| 23. | NO | | YES | Paul Battista, Genovese, Joblove & Battista, P.A., 100 Southeast Second Street, 44th Floor, Miami  FL  33131 |
| 24. | NO | | YES | Michael Wheatley, 6905 Telegraph Road, Suite 205, Bloomfield Hills, MI 48301 |
| 25. | NO | YES | | Barry Lefkowitz, CPA, Baker Tilly Virchow Krause, LLP, One Towne Square, Suite 600, Southfield, MI  48076 |
| 26. | NO | YES | | Mark W. Rheaume, Esq., Shanaman & Rheaume PLC, 200 E Long Lake Rd Ste 177, Bloomfield Hills, MI  48304 |
| 27. | NO | YES | | Rich Flynn, Stout, Risius, Ross, One South Wacker Drive, 38th Floor, Chicago, Illinois 60606 |
| 28. | NO | YES | | Daniel Lampert, Esq., Berger Singerman PA, 200 S Biscayne Blvd Ste 1000, Miami, Florida 33131 |
| 29. | NO | YES | | Paul Finegold, CPA, Baker Tilly Virchow Krause, LLP, One Towne Square, Suite 600, Southfield, MI  48076 |
| 30. | NO | YES | | John Ebe,  Risius, Ross, One South Wacker Drive, 38th Floor, Chicago, Illinois 60606 |
| 31. | NO | YES | | Mark Hayden, TecTrans, 6053 West Century Boulevard, Ninth Floor, Los Angeles, CA 90045 |
| 32. | NO | YES | | Tony Patanella, 1635 Meathe Drive, West Palm Beach, FL 33411 |
| 33. | NO | YES | | Arthur Spectar, Esq., Berger Singerman PA, 200 S Biscayne Blvd Ste 1000, Miami, Florida 33131 |
| 34. | NO | YES | | Stanley Dickinson, Trowbridge Partners LLC, 1380 East Jefferson Ave., Detroit MI 48207 |
| 35. | NO | YES | | Michael Dean, Yellow Cab Service Corporation, 1635 Meathe Drive, West Palm Beach, FL 33411 |
| 36. | NO | YES | | Alan Shanaman, Esq., Shanaman & Rheaume PLC, 200 E Long Lake Rd Ste 177, Bloomfield Hills, MI  48304 |
| 37. | NO | YES | | Person with the Most Knowledge, Rehman Corporate Investigative Services, regarding its recent valuation of the Plaintiff made on behalf of Sakwa Enterprises, 5750 New King Street, Suite 105, Troy, Michigan 48098 |
| 38. | NO | YES | | Jonathan Ziemba, American Comfort Limo, 4084 Arnold Avenue, Naples, Florida |
| 39. | NO | YES | | Peter Mezey, Factel, Inc., 6100 Blvd. of Champions, North Lauderdale  FL  33068 |
| 40. | NO | YES | | Evans Michael, Coastal Car Worldwide, 1040 Southwest 10th Avenue, Bay 3, Pompano Beach, Florida 33069 |
| 41. | NO | YES | | Jack Washbourn, ASA; CEA, Senior Vice President, Hilco Industrial, LLC, 31555 West Fourteen Mile Rd., Suite 207, Farmington Hills, MI 48334 |
| 42. | NO | YES | | Marsha Reed, 80 Gale Boulevard, Apartment 1, Melvindale,  MI 48122 |
| 43. | NO | YES | | Person with the most knowledge at Huron Captial Partners, LLC, 500 Griswold, Suite 2700, Detroit, Michigan 48226 |
| 44. | NO | YES | | James Hislop, Transportation Resource Partners, One Harmon Plaza, 9th Floor, Secaucus, New Jersey 07904 |
| 45. | NO | YES | | Scott Eisenberg, 255 East Brown Street, Suite 120, Birmingham, MI 48009 |

O 187A (Rev. 7/87)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of  4

## CERTIFICATE OF SERVICE

I hereby certify that on the June 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/
John M. Camillo, Esq.
Florida Bar No. 356263
john_camillo@fl-attys.com
CAMILLO & SNOWDEN, P.A.
john_camillo@fl-attys.com
Attorneys for the Plaintiff
221 West Oakland Park Boulevard
Fort Lauderdale, FL 33311
Telephone No.:    (954) 565-3398
Fax No.:          (954) 565-3556

/

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 9:10-CV-80241-WJZ

GREAT LAKES TRANSPORTATION HOLDING LLC d/b/a METRO CARS

    Plaintiff,

vs.

YELLOW CAB SERVICE CORPORATION OF FLORIDA, INC. a Florida Corp.; CULLAN MEATHE an individual; et al,

    Defendants.
_____/

## SERVICE LIST

Eric C. Christu, Esq.
echristu@shutts.com
Attorney for Plaintiff
Shutts & Bowen, LLP
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL  33401


Marc E. Thomas, Esq.
marc@bendurethomaslaw.com
Bendure & Thomas
Co-Counsel for the Defendants
30700 Telegraph Road, Suite 3475
Bingham Farms, MI  48025-4527

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 4 of  4