AO 187 (Rev.07/87) Exhibit

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

### DEFENDANTS' EXHIBIT LIST

**GREAT LAKES TRANSPORTATION HOLDING**
**vs.**
**YELLOW CAB SERVICE CORPORATION, et al**

**CASE NUMBER: 9:10-CV-80241-WJZ**

| PRESIDING JUDGE William J. Zloch | | | | PLAINTIFF'S ATTORNEY Eric C. Christu, Esq. | DEFENDANT'S ATTORNEY John M. Camillo |
|---|---|---|---|---|---|
| TRIAL DATE(S) July 18, 2011 | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | 1. | | | | 09-21-01 Stock Restriction Agreement |
| | 2. | | | | 12-02-03 Letter from C. Meathe to G. Eaton regarding Florida |
| | 3. | | | | 12-23-05 Email to Ret regarding taking Eaton out |
| | 4. | | | | 12-07 Credit Agreement Amendment |
| | 5. | | | | 08-18-06 Security Agreement signed by Dan Ret |
| | 6. | | | | 10-31-07 Offer by Checker to Purchase Metro Cars for 26m |
| | 7. | | | | Undated Trademark License Agreement |
| | 8. | | | | 06-26-03 Ret, Daniel - Non-Compete |
| | 9. | | | | 10-02-08 Eaton offer to buy for 16m |
| | 10. | | | | 06-09-09 Great Lakes Operating Agreement |
| | 11. | | | | 01-03-08 Stout Rissius Ross engagement Letter for Metro & Yellow |
| | 12. | | | | 05-04-09 Offer by Eaton to SRR for 1.5m |
| | 13. | | | | 05-07-09 Offer by Eaton to SRR to purchase for 3.6m |
| | 14. | | | | 05-14-09 Offer by Eaton to SRR to purchase for 3.6m |
| | 15. | | | | 05-22-09 Offer by Eaton to BOM to purchase for 3.6m executed by the Banks |
| | 16. | | | | 06-15-09 Letter from Zacks re 5-22-09 LOI requirement re: bidders |
| | 17. | | | | 06-17-09 Letter from GrecoTitle (Soave) re Confirmation of Funds |
| | 18. | | | | 06-18-09 Letter from E. Zack objecting to opening qualification period |
| | 19. | | | | 06-18-09 Email McGraw to Eaton confirming conference call |
| | 20. | | | | 06-22-09 Email re Summary of Credit Agreement |
| | 21. | | | | 06-25-09 Letter from Acker to Zacks re Eaton's concern Meathe would qualify |

AO 187A (Rev. 7/87)
* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DEFENDANTS' EXHIBIT LIST - CONTINUATION

| | | | | | GREAT LAKES TRANSPORTATION vs. YELLOW CAB SERVICE CASE NO. 9:10-CV-80241-WJZ |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | 22. | | | | 06-25-09 Email from Acker to Zack regarding call from Eaton |
| | 23. | | | | 06-26-09 Email from A. Acker w/revised bid procedures |
| | 24. | | | | 06-29-09 Letter from G. Eaton to D. Baker transmitting bid |
| | 25. | | | | 07-06-09 Email from Ret to McGraw re: meet and signing the deal |
| | 26. | | | | 07-06-09 Email From Baker to Zacks - Bill of Sale for meeting |
| | 27. | | | | 07-09-09 Email from M. Baum w/Memo Re: Foreclosure |
| | 28. | | | | 07-12-09 Email from H. Luckoff to R. Soave regarding escrow |
| | 29. | | | | 07-13-09 Email from Baker to Zacks with list of qualified bidders |
| | 30. | | | | 07-13-09 Email from E. Zacks revised Eaton Bid |
| | 31. | | | | 07-13-09 Letter from Bank of Montreal approving UCC Sale |
| | 32. | | | | 07-14-09 Email from Baum to Airport responding to questions |
| | 33. | | | | 07-20-09 Bank of Montreal - Release and Reassignment of Trademarks |
| | 34. | | | | 06-04-09 Ret, Daniel -Release of the Covenant Not To Compete |
| | 35. | | | | 09-27-07 Business Loan Agreement - 1.6 Million Overdraft Loan |
| | 36. | | | | 06-28-10 Metrocars - Soon to Be Nationwide Service Web Site |
| | 37. | | | | Cellco (Verizon) records for phone number 734-679-9236 |
| | 38. | | | | 05-17-10 Great Lakes - Metro Cars Fl - Fictitious Name Filing |
| | 39. | | | | 2005 - Metro Collection Advertisement |
| | 40. | | | | 08-18-06 Trademark collateral agreement signed by the Ret and the Bank of Montreal |
| | 41. | | | | 07-19-09 Closing Statement for Metro Cars |
| | 42. | | | | Cellco (Verizon) records for phone number 313-929-7500 |
| | 43. | | | | 07-21-09 email from Airport requesting Bill of Sale |
| | 44. | | | | 07-16-09 Email from E Zacks to D Short w/Certs of insurance |
| | 45. | | | | 07-14-09 Letter from G. Eaton to the Airport announcing sale |
| | 46. | | | | 07-13-09 Email from D. Baker w/list of qualified bidders |
| | 47. | | | | 07-05-09 Email from Jeff Pardonnet w/Metro Cars Fleet Roster |
| | 48. | | | | 07-06-09 Email from D. Ret to T.McGraw regarding meeting and signing the deal |
| | 49. | | | | 06-29-09 Letter from G. Eaton to D. Baker transmitting bid |
| | 50. | | | | 06-27-09 email from Pardonnet with Fleet Roster |

AO 187A (Rev. 7/87)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DEFENDANTS' EXHIBIT LIST  - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | **GREAT LAKES TRANSPORTATION vs. YELLOW CAB SERVICE**    CASE NO. 9:10-CV-80241-WJZ |
| | 51. | | | | 06-26-09 Email from A. Acker w/revised bid procedures for |
| | 52. | | | | 06-26-09 Email from Jeff Pardonnet updated AR report |
| | 53. | | | | 06-26-09 at 4:06pm Email from Pardonnet w/Fixed Asset Schedule |
| | 54. | | | | 06-26-09 at 1:37pm Email from Pardonnet w/fixed Asset Schedule |
| | 55. | | | | 06-18-09 Email from McGraw to Eaton confirming conference call |
| | 56. | | | | 06-17-09 Letter from R. Flynn to Eaton regarding qualified bidder |
| | 57. | | | | 07-23-09 MT Transportation, LLC - Gregory Eaton |
| | 58. | | | | 06-24-09 Ret Trans LLC - Articles of Organization |
| | 59. | | | | 11-05-08 Letter to Ret from Berger, Singer re-breach of fiduciary responsiblity |
| | 60. | | | | 03-01-09 SRR Confidential Memorandum |
| | 61. | | | | 11-25-08 Letter from SRR reg transaction fee |
| | 62. | | | | 05-10-07 Navigant Due Diligence Report |
| | 63. | | | | 07-13-09 email from Ebe to Eaton w/Trobridge bid at $2.5 million |
| | 64. | | | | 07-13-09 Pardonnet email re: AR balances 0F $1.3m as of closing |
| | 65. | | | | 07-13-09 Bid from Eaton with list of assets to be purchased |
| | 66. | | | | Asset Schedules from the 07-13-09 Eaton Bid |
| | 67. | | | | 11-17-04 Fictitious  Name File - Metro Cars FL |
| | 68. | | | | 06-30-04 Jacksonville Trans Income Statement |
| | 69. | | | | 07-01-04 Palm Beach Trans Income Statement |
| | 70. | | | | 12-31-04 Consolidated Statement - Yellow Cab Service |
| | 71. | | | | 09-24-05 Metro Cars & Subsidiaries Consolidated Statements |
| | 72. | | | | 09-30-05 Clearwater Consolidated Statements |
| | 73. | | | | 09-30-05 Consolidated Statements of Detroit & Florida |
| | 74. | | | | 09-30-05 Jacksonville Combined Financial Statements |
| | 75. | | | | 09-30-05 Palm Beach Consolidated Statements |
| | 76. | | | | 10-13-05 Transportation Partner's Documents |
| | 77. | | | | 11-14-05 James Vestlage email with the EBIDA Calculation |
| | 78. | | | | 11-21-05 Comparison of PLS and McColl Partners deals |
| | 79. | | | | 11-30-05 Metro Yellow Confidential Memo |

AO 187A (Rev. 7/87)
* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DEFENDANTS' EXHIBIT LIST  - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | **GREAT LAKES TRANSPORTATION vs. YELLOW CAB SERVICE** / **CASE NO. 9:10-CV-80241-WJZ** |
| | 80. | | | | 12-05-05 TRP Due Diligence Index |
| | 81. | | | | 12-18-05 Metro Cars EBIDA Calculation |
| | 82. | | | | 12-21-05 Shuttle Transportation Agreement - Wayne County |
| | 83. | | | | 12-22-05 Shared Ride Concession Agreement Detroit |
| | 84. | | | | 12-31-05 Yellow Cab Service Consolidated Statements |
| | 85. | | | | 02-16-06 January, 2006 Metro & Yellow Income Statement and EBIDA Analysis |
| | 86. | | | | 02-16-06 Wayne Airport rejection of Ret protest |
| | 87. | | | | 12-31-05 Yellow Cab Group Financial Statements |
| | 88. | | | | 03-25-06 Metro Group Financial Statements |
| | 89. | | | | 04-11-06 Navigant EBIDA Analysis |
| | 90. | | | | 06-18-09 Email and Letter from E. Zack to Dan Baker |
| | 91. | | | | 06-19-10 Supplemental Notice of Foreclosure Sale |
| | 92. | | | | 06-18-09 Email from McGraw to Eaton |
| | 93. | | | | 06-27-09 Email from Pardonnet with Fleet Roster |
| | 94. | | | | 06-28-10 Metro Cars soon to be Nationwide Web Page |
| | 95. | | | | 06-02-11 Metro Cars Nationwide Web Page |
| | 96. | | | | 08-16-06  Bank of Montreal Credit Agreement |
| | 97. | | | | 08-16-06  Bank of Montreal Security Agreement |
| | 98. | | | | 08-16-08  Bank of Montreal Meathe Limited Guaranty |
| | 99. | | | | 07-24-09  Checker Sedan $300,000 Promissory Note |
| | 100. | | | | 07-24-09  Soave Enterprises Covenant Not to Compete |
| | 101. | | | | 07-24-09  Checker Sedan Bill of Sale |
| | 102. | | | | 06-09-09  Great Lakes Articles of Organization |
| | 103. | | | | 11-14-05 Email from Veshlage  to Ret with Checker issues |
| | 104. | | | | 04-15-08 Letter of Intent from Transportation Resource Partners |
| | 105. | | | | 06-19-09 Supplemental Notice of UCC Sale |
| | 106. | | | | 12-05-05 Application for Metro Cars FL mark PTO  Reg. No. 76651690 |
| | 107. | | | | 07-20-09 Assumption Agreement Luxury Sedan Wayne County Airport |
| | 108. | | | | 06-08-09 Email from R. Garcia to G. Eaton re wiring instructions for $50k and PDF of the $3.6m letter |

AO 187A (Rev. 7/87)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DEFENDANTS' EXHIBIT LIST  - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | |

| GREAT LAKES TRANSPORTATION vs. YELLOW CAB SERVICE | | | | CASE NO. 9:10-CV-80241-WJZ | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 109. | | | | 12-21-05 Wayne County Transport & Shuttle Contract with Metro Cars |
| | 110. | | | | 05-19-09 Wayne County Luxury Sedan Contract with Metro Cars |
| | 111. | | | | 06-30-09 Bid from Eaton for $3.6 million |
| | 112. | | | | 07-14-09 Escrow Agreement signed by Great Lakes and Bank of Montreal |
| | 113. | | | | 07-20-09 Bill of Sale with asset schedules |
| | 114. | | | | 07-20-09 Mutual Covenant not to Sue |
| | 115. | | | | Vehicle Titles released by the Bank of Montreal signed by Tim McCarthy GLTH 00894 - 00950 |
| | 116. | | | | Undated Trademark Assignment - Metro Cars to Great Lakes signed by G. Eaton |
| | 117. | | | | 08-01-10 Great Lakes Organizational Chart |
| | 118. | | | | 07-20-09 Email from Baker to Zacks with proposed closing documents |
| | 119. | | | | 06-14-09 Email from Baker to Zacks regarding Escrow letter and Eaton as a Qualified Bidder |
| | 120. | | | | 07-01-09 Email from Acker to Zacks regarding revised bid form |
| | 121. | | | | 07-20-09 Email from Baker to Zacks with executed documents, including Trademark Transfers and vehicle titles |
| | 122. | | | | 07-07-09 Email from Pardonnet to Zacks with Metro Shuttle Titles |
| | 123. | | | | 07-02-09 Email from Baker to Zacks with Fleet Roster and Vehicle Titles |
| | 124. | | | | 06-11-09 Email exchange between Shanaman & Baum regarding Eaton's Offer |
| | 125. | | | | 06-25-09 Email exchange between Zacks and Acker re sale |
| | 126. | | | | 06-18-09 Letter from Zacks to Baker regarding closing without an Auction |
| | 127. | | | | 06-18-09 Email from Zacks to Baker objecting to extending qualification period |
| | 128. | | | | 05-26-09 Emails between Zacks, Acker & Garcia re – executed LOI |
| | 129. | | | | 06-09-09 Emails from J. Pardonnet to Zacks, Baker & Eaton re omission of Metro Trans & Metro Coach |
| | 130. | | | | 06-10-09 Eaton Confidentiality Agreement |
| | 131. | | | | 06-09-09 Email from Ann Acker with the Sale Notice |
| | 132. | | | | 06-11-09 Email from Baker to Zacks with the Greco escrow confirmation |
| | 133. | | | | 06-11-09 Email from Baker to Baum & Zacks – not sent to Shanaman & Meathe |
| | 134. | | | | 06-18-09 Email from MGraw to Eaton & Zacks re conference call |
| | 135. | | | | 06-22-09 Email from T. Porter to Zacks & Pardonnet |
| | 136. | | | | 06-25-09 Email from Acker to Zacks regarding call from Eaton |
| | 137. | | | | 07-06-09 Email from Acker to Zacks & Eaton regarding the 07-07-09 meeting |

AO 187A (Rev. 7/87)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DEFENDANTS' EXHIBIT LIST  - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | **GREAT LAKES TRANSPORTATION vs. YELLOW CAB SERVICE** — CASE NO. 9:10-CV-80241-WJZ |
| | 138. | | | | 07-06-09 Email exchange between Ret & Mcgraw, with copies to Eaton and Zacks regarding finishing the deal |
| | 139. | | | | 07-06-09 Email from Baker to Zacks, McGraw and Acker with documents needed for 07-07-09 meeting |
| | 140. | | | | 07-06- 09 Email from Pardonnet to Zacks with fleet financing summary |
| | 141. | | | | 07-10-09 Letter from Acker to Zacks with closing documents |
| | 142. | | | | 07-10-09 Email from Chris Corden to Ann Acker requesting a list of qualified bidders |
| | 143. | | | | 07-13-09 Email from Baum to Pardonnet with the Airport's questions (prior to the sale) |
| | 144. | | | | 07-13-09 Email from Ebe to Zacks and Eaton re call in number for sale at 12:30 pm |
| | 145. | | | | 07-14-09 Email from Pardonnet to Zacks and Airport re assignment of the shuttle and luxury sedan contracts |
| | 146. | | | | 07-16-09 Email Exchange between Chris Corden and the Airport regarding the assignment of the airport agreements |
| | 147. | | | | 07-16-09 Email from Chris Corden to the Airport with certificates of insurance bearing an inception date of 03-15-09 |
| | 148. | | | | 07-17-09 Email from Chris Corden with a draft assignment agreement |
| | 149. | | | | 07-17-09 Email from Zacks to Baker, Acker and McGraw about adding trademarks to the Trademark Assignment from BOM, including Metro Cars FL |
| | 150. | | | | 07-17-09 Email from Thomas Appeldorn to Baker and Zacks regarding trademark assignment form |
| | 151. | | | | 06-15-09 Email from Pardonnet to Ret with the business leases for Metro Cars |
| | 152. | | | | 07-22-09 Name Change from Metro Cars, Inc. to MC Cars, Inc. (Eaton) |
| | 153. | | | | 06-02-11 Metro Cars Nationwide web pages |
| | 154. | | | | Metro Nationwide Affiliate Applications (composite) |
| | 155. | | | | 08-01-08 Email from Zacks to Shanaman with Eaton Letter of Intent to Purchase for the TRP Offer |
| | 156. | | | | Yellow Book Ad - Metro Taxi in Palm Beach |
| | 157. | | | | 01-28-10 Ala Alrashed Metro Cars Fictitious Name Filing with the State of Florida |
| | 158. | | | | Composite of Web Sites and Corporate Filings - Metro Cars |
| | 159. | | | | 06-29-05 Cam-Jo Fictitious Name Filing - Metro Car FL |
| | 160. | | | | 06-28-09 Email from P. Battista to Baker objecting to the UCC sale |
| | 161. | | | | 04-09 Farley Turner Offering Memorandum |
| | 162. | | | | 08-04-08 Metro Group Corp authorization to borrow from BOM |
| | 163. | | | | 02-12-09 Email Chain ending with J. Ebe removing Sakwa and Ret |
| | 164. | | | | 02-16-09 10:07 a.m. Email from J. Ebe re Sakwa & Ret Removal |
| | 165. | | | | 02-16-09 Ebe email that Shareholders requested Ret & Sakwa removed |
| | 166. | | | | 06-29-09 Letter from Eaton conveying Grand Rapids |

AO 187A (Rev. 7/87)
* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DEFENDANTS' EXHIBIT LIST  - CONTINUATION

| | | | | GREAT LAKES TRANSPORTATION vs. YELLOW CAB | CASE NO. 9:10-CV-80241-WJZ |
|---|---|---|---|---|---|
| PLF . | DEF. NO. | DATE OFFERE | MARK ED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 167. | | | | 06-10-09 Email from Ebe announcing the Wall St Journal publication and requesting Eaton's Confidentiality Agreement |
| | 168. | | | | 06-21-09 Letter of Intent from Eaton |
| | 169. | | | | 07-20-09 Assignment of Leases for Lansing Farms |
| | 170. | | | | 08-18-06  Metro Cars, Inc., - Certificate of the Secretary |
| | 171. | | | | 06-09-09 Letter from Wayne County Airport awarding the luxury sedan contract to Metro Cars |
| | 172. | | | | 06-09-09 Exhibit F - Luxury Sedan Contract - Annual Budget |
| | 173. | | | | 04-09 Financial Statements of Metro Cars |
| | 174. | | | | Estimated Impact of Airport Contract on Metro Cars |
| | 175. | | | | 05-19-05  Metro Cars proposal for Shuttle Contract |
| | 176. | | | | 07-31-08 Great Lakes Consent re lease agreements |
| | 177. | | | | 06-26-09 A. Nowak email regarding rent balances due Lansing Farms |
| | 178. | | | | 09-15-08 IRS Efile Signature Authorization for Metro Cars |
| | 179. | | | | 06-11-09 Email exchange between Shanaman & Baum regarding Eaton's Offer |
| | 180. | | | | SRR Internal Control Log |
| | 181. | | | | Metro Nationwide Patent and Trademark Office Application |
| | 182. | | | | Metro Cars$_{FL}$ Placard and Banner (not scanned) |
| | 183. | | | | Rehmann Valuation Report for Great Lakes |
| | 184. | | | | Profit & Loss Statements, Balance Sheets and Financial Reporting documents for Great Lakes |
| | 185. | | | | Income Tax Returns for Great Lakes |
| | 186. | | | | Income Tax Returns for Gregory Eaton |
| | 187. | | | | Income Tax Returns for Daniel Ret |

AO 187A (Rev. 7/87)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)
* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 8 of  10

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ John M. Camillo
John M. Camillo
Fla. Bar No.: 356263
John_Camillo@fl-attys.com

AO 187A (Rev. 7/87)
* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 9 of 10

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:10-CV-80241-WJZ

GREAT LAKES TRANSPORTATION
HOLDING LLC d/b/a METRO CARS

     Plaintiff,

vs.

YELLOW CAB SERVICE
CORPORATION OF FLORIDA, INC. a
Florida Corp.; CULLAN MEATHE an
individual; et al,

     Defendants.

_____/

## <u>SERVICE LIST</u>

Eric C. Christu, Esq.
Attorney for Plaintiff
Shutts & Bowen, LLP
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL 33401
echristu@shutts.com


Marc E. Thomas, Esq.
Bendure & Thomas
Co-Counsel for the Defendants
30700 Telegraph Road, Suite 3475
Bingham Farms, MI 48205
marc@bendurethomaslaw.com

AO 187A (Rev. 7/87)
* Include a notation as to the location of any exhibit not held with the case file or not available because of size.